Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an Individual,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>Stuart and Jane Doe E. Apollo,<br>Husband and Wife,<br><br>　　　　　　　　Defendant, | Civil Action No: 17-cv-00565-GMN-GWF<br><br>**[PROPOSED] STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate that the above-entitled action be dismissed with prejudice.

/ / /

/ / /

**RESPECTFULLY** submitted this 10th day of July, 2017.

| | |
|---|---|
| /s/ Whitney C. Wilcher | /s/ Jared Hague |
| Whitney C. Wilcher, Esq. | Jared Hague |
| THE WILCHER FIRM | SUTTON HAGUE LAW CORP. |
| Nevada State Bar No. 7212 | 6720 Via Austi Parkway, Ste 430 |
| 8465 West Sahara Avenue | Las Vegas, NV 89119 |
| Suite 111-236 | jared@suttonhague.com |
| Las Vegas, NV 89117 | Attorney for Defendant |
| (702) 466-1959 | |
| Email: wcw@nevadaada.com | |
| *Attorney for Plaintiff* | |

### ORDER

ORDERED, dismissing this action with prejudice.

DATED                    July 18, 2017

                                        BY THE COURT:

                                        _____
                                        UNITED STATES DISTRICT COURT JUDGE

2